FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 11, 2022**

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> -vs-<br><br>ANTHONY L. LAWRENCE,<br><br>    Defendant. | No. 2:08-CR-0177-WFN-1<br><br>ORDER |

Pending before the Court are Defendant's *pro se* Motions for Reduction of Sentence Compassionate Release . . . and for Appointed Counsel. ECF Nos. 168 and 169. The Court previously provisionally appointed the Federal Defenders. See ECF No. 170. The Court also granted a Motion for Reduction of Sentence. See ECF No. 175. This Order serves to clarify the docket. The Court has reviewed the file and motions and is fully informed. Accordingly,

  **IT IS ORDERED** that:

  1. Defendant's *pro se* Motion for Appointed Counsel, filed October 5, 2021, **ECF No. 169**, is **GRANTED** *nunc pro tunc* as of the date of the Court's previous Order appointing counsel filed on October 7, 2021, at ECF No. 170.

  2. Defendant's Motion for Reduction of Sentence . . . , filed October 5, 2021, **ECF No. 168**, is **DENIED AS MOOT**. The Court granted a sentence reduction pursuant to § 3582(c)(1)(A) at ECF No. 175.

  The District Court Executive is directed to file this Order and provide copies to counsel.

  **DATED** this 11th day of February, 2022.

                    /s/ WM. Fremming Nielsen
                    WM. FREMMING NIELSEN
                 SENIOR UNITED STATES DISTRICT JUDGE

02-11-22

ORDER